```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL NO. 01-10090-NG |
| v. | ) | VIOLATIONS |
| | ) | 18 U.S.C. §922(g)(1) |
| | ) | FELON IN POSSESSION OF |
| | ) | FIREARM; |
| | ) | 18 U.S.C. §1951(a) |
| | ) | INTERFERENCE WITH COMMERCE; |
| JAMES McLAUGHLIN | ) | 18 U.S.C. §924(c)(1) |
| | ) | USE OF FIREARM DURING |
| | ) | CRIME OF VIOLENCE |

## INDICTMENT

COUNT ONE:    (18 U.S.C. § 922(g)(1) -- Felon in Possession of a Firearm)

The Grand Jury charges that:

From on or about September 11, 2000, to September 19, 2000, at Randolph and Avon, in the District of Massachusetts,

### JAMES McLAUGHLIN,

defendant herein, having previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess in and affecting commerce a firearm, to wit: a Titan brand, .25 caliber handgun, serial number 262464, and a quantity of ammunition.

All in violation of Title 18, United States Code, Section 922(g)(1).





COUNT TWO:        (18 U.S.C. § 1951(a) -- Interference With Commerce)

The Grand Jury further charges that:

On or about September 11, 2000, at Randolph, in the District of Massachusetts,

JAMES McLAUGHLIN,

defendant herein, did obstruct, delay, and affect commerce and the movement of any article and commodity in commerce, by robbery of Barbara's Hallmark Store at 306 North Main Street, Randolph, Massachusetts.

All in violation of Title 18, United States Code, Section 1951(a).

COUNT THREE:   (18 U.S.C. §924(c)(1) -- Use of a Firearm During Crime of Violence)

The Grand Jury further charges that:

On or about September 11, 2000, at Randolph, in the District of Massachusetts,

JAMES McLAUGHLIN,

defendant herein, during and in relation to a crime of violence, to wit, interference with commerce by robbery of Barbara's Hallmark Store in violation of 18 U.S.C. §1951(a), as charged in Count Two of this Indictment, did knowingly use and carry a firearm, to wit:  a Titan brand, .25 caliber handgun, serial number 262464.

All in violation of Title 18, United States Code, Section 924(c)(1).

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY


_____
DONALD L. CABELL
Assistant United States Attorney


DISTRICT OF MASSACHUSETTS						March 14,    2001, at 12:50 p.m.

Returned into the District Court by the Grand Jurors and filed.


_____
Deputy Clerk